UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRATEGIC DENTISTRY, a Washington limited liability company, | |
| Plaintiff, | C11-1051Z |
| v. | MINUTE ORDER |
| HARTFORD CASUALTY INSURANCE COMPANY, a foreign insurance company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to amend its complaint (docket no. 24) is GRANTED. Plaintiff shall file and serve the Amended Complaint within seven (7) days of the date of this Minute Order.

(2) Defendant's motion to amend its answer (docket no. 23) is STRICKEN as moot.

(3) Plaintiff's motion for summary judgment (docket no. 18) is STRICKEN without prejudice to refiling in light of the new and revised claims now asserted in the Amended Complaint.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Filed and entered this 15th day of November, 2011.

                                    WILLIAM M. McCOOL, Clerk

By  s/ Claudia Hawney
      Claudia Hawney
      Deputy Clerk

MINUTE ORDER - 2